Sobeyda Linda Castellanos López
126 Harwich St.
New Bedford. MA 02745



**Pro Se Petitioner**

August 4, 2025

Hon. Myong Joun
United States District Judge
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

**Re: Voluntary Dismissal – Ronal Estuardo Gutierrez-Ramos by next of friend of Ronal Estuardo Gutierrez-Ramos, Sobeyda Linda Castellanos Lopez; Civil Action No. 25-11915-MJJ**

Dear Judge Joun:

I respectfully submit this letter to notify the Court that I am requesting voluntarily dismissing the above-captioned action without prejudice.

I have been in touch with Ronal and he is requesting to be deported as quickly as possible because of his mental health and conditions in the detention facility. He reports that he is not being fed adequately and he has been administered medication against his will. Since he has a current order of removal and was not granted a motion to open, he is seeking deportation to his home country of Guatemala as soon as possible.

Thank you for your time and attention to this matter.

Respectfully submitted,

**Sobeyda Linda Castellanos Lopez**
Pro Se Petitioner